UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAUL F. ARCHAMBAULT SR.
   PETITIONER

CASE NO. 09-CR-524

V.

UNITED STATES OF AMERICA
   RESPONDENT



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 11 2020
AT_____O'CLOCK_____
John M. Domurad, Clerk - Albany

## Motion for Emergency Release from Federal Prison for Medical Reasons - COVID-19

NOW, HERE COMES PETITIONER AN INMATE AT FEDERAL MEDICAL CENTRE - DEVENS IN AYER, MA.

### Background

Petitioner was arrested on Sept. 22, 2009 in Waterford, N.Y. and charged with possession of child pornography. Petitioner was denied bail and sentenced on Feb. 7, 2011 to 180 months in Federal Prison.

While at FCI Allenwood, Petitioner suffered a major heart attack on July 25, 2014. A defibrillator to help his heart beat in case of another heart attack. On August 24, 2014 Petitioner was transferred to Federal Medical Centre - Devens. At FMC-Devens Petitioner has developed a severe stomach condition which gives him diarrhea which as of today has gone undiagnosed. This condition causes severe pain as well as other painful issues.

## Factual Data.

As the Honorable Judge and Court are aware of the COVID-19 virus has devastated the country as well as the Federal Bureau of Prisons. Petitioner is 82 years old, in bad health as well as a compromised immune system. Petitioner has an issue keeping weight on, extra protein and carbs. He takes a double "Ensure" drink to help with calories. His diarrhea issue is very serious with no diagnosis or remedy. FMC-Devens has COVID 19 virus cases, no actual COVID tests (except temp. checks once a day). Guards who have been with a COVID-19 (confirmed) have not been tested putting the entire

2.

compound at risk. Additionally, half of the unit that I am in is now a quarantined off for inmates who may have been exposed to the virus without proper testing just temp. checks. Everyone at FMC-Devens is at risk. Petitioner is at a higher risk with over 50% of his sentence completed with no risk to the public. Petitioner has his own private health insurance as well his own doctor's. Petitioner is at a huge risk being at FMC-Devens with no testing except a temp. check once a day. It is a well known fact that FMC-Devens conceals things and is not often forthright with information nor accurate. Everyone at FMC-Devens are scared and worried both inmates and staff. The petitioner has applied for home detention but has been denied, currently doing the appeal process but it's futile.

There is a growing number of federal COVID-19 decisions granting sentence reductions using 3582 (c)(1)(A) because of the "extraordinary and compelling" public health crisis. A partial list which is increasing daily:
1. U.S. v. McCarthy (No. 3:17-cr-0230) D.C. 4-8-2020
2. U.S. v. Hansen (No. 7-cr-00520) E.D.NY. 4-8-2020
3. U.S. v. Plunk (No 3:94-cr-36 TMB) D. Alaska 4-9-2020
4. U.S. v. Decator (No. CCB-95-0202) D. MD. 4-6-2020

3/

5. U.S. v. Millan (No. 91-cr-685)(LAP) S.D.N.Y. 4-6-2020
6. U.S. v. Marin (No 15-cr-252) E.D.N.Y. 3-30-2020
7. U.S. v. Powell (No. 94-cr-00316) D.D.C. 3-28-2020
8. U.S. v. Trent (No. 16-cr-00178-crb-1) N.D. Cali. 4-9-2020
9. U.S. v. Jepson (No. 3:12-cr-0073)(ULB) wl 2020 1640232 D.Conn 4-1-2020
10. U.S. v. Williams (No 3:04-cr-95/MCR) N.D. Fla. 4-1-2020
11. U.S. v. Resnick (No 1:12-cr-00152-cm) S.D.N.Y 4-2-20
12. U.S. v. Brannan (No 4:15 cr-80-01) S.D. TX. 4-2-2020
13 US v. Colvin (No 3:19-cr-179) JBA 2020 Ldl 1413943 D. Conn 4-2-2020
14. U.S. v Foster (No. 1:14-cr-324-02) M.D. Pa 4-3-2020

Petitioner begs the Honorable Judge and Honorable court to allow him to be released to home confinement. Petitioner is a non-violent past, no prior criminal history as well as over 50% of his time served and is 82 years old.

Petitioner begs the court to do what the B.O.P refuses to do and allow home confinement.

Respectfully

All statements are true and correct under penalty of perjury.

Paul F. Archambault, Sr.<br>Paul F. Archambault Sr.<br>4-30-2020